**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1545
_____

BRIAN McCAFFERTY; MELISSA A. McCAFFERTY,
individually and on behalf of their minor child, C.M.,
Appellants

v.

NEWSWEEK MEDIA GROUP, LTD.,
trading as Newsweek LLC, or Newsweek Inc., or Newsweek
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:18-cv-01276)
Chief District Judge: Honorable Juan R. Sánchez
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on November 15, 2019
_____

ORDER AMENDING OPINION

At the direction of the Court, it is hereby ORDERED that the opinion entered April 14, 2020, is amended to correct the submit date on page 1 from November 15, 2020, to November 15, 2019.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Dated: April 20, 2020